UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**HALIMO FARAH ALI**,　　　　　　　　　　Case No. 3:15-cv-00632-KI

　　　　　　Plaintiff,　　　　　　　　　　JUDGMENT

　　v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security**,

　　　　　　Defendant.

　　Lisa R.J. Porter
　　JP Law PC
　　5200 SW Meadows Rd., Ste. 150
　　Lake Oswego, OR 97035

　　　　　Attorney for Plaintiff

　　Billy J. Williams
　　United States Attorney
　　District of Oregon
　　Janice E. Hebert
　　Assistant United States Attorney
　　1000 SW Third Ave., Ste. 600
　　Portland, OR 97204-2902

Page 1 - JUDGMENT

      David J. Burdett
      Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      701 Fifth Ave., Ste. 2900 M/S 221A
      Seattle, WA 98104-7075

           Attorneys for Defendant

KING, Judge:

      Based on the record, the decision of the Commissioner is reversed. The case is remanded for a finding of disability.

      IT IS SO ORDERED.

      DATED this    27th    day of April, 2016.


                                                 /s/ Garr M. King
                                         Garr M. King
                                         United States District Judge